IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RIYAN WILLIAMS**<br>3901 17th Street NE<br>Washington, DC 20018<br><br>     Plaintiff<br><br>v.<br><br>**EXPERIAN CONSUMER SERVICES**<br>c/o Joy C. Einstein, Esq.<br>Shulman, Rogers, P.A.<br>12505 Park Potomac Avenue, 6th Floor<br>Potomac, Maryland 20854-6803<br><br>     Defendant. | **Case No.** |

### DEFENDANT EXPERIAN CONSUMER SERVICES' <u>NOTICE OF REMOVAL</u>
**(Federal Question Jurisdiction)**

Defendant Experian Consumer Services ("Experian"), by and through its undersigned counsel, hereby provides notice pursuant to 28 U.S.C. §§ 1441 and 1446 of its removal of the above-captioned case from the Civil Division of the Superior Court of the District of Columbia to the United States District Court for the District Court of Columbia. Removal is based on 28 U.S.C. § 1331 (federal question jurisdiction). As grounds for removal, Experian states the following:

1.     On December 18, 2023, Plaintiff Riyan Williams commenced this action against Experian by filing a Complaint in the Superior Court of the District of Columbia (the "State Court Action"). The State Court Action was assigned Case No. 2023-CAB-007625. Relevant to this notice, Plaintiff alleges that Defendants violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*

2. Removal to this Court is proper pursuant to 28 U.S.C. § 1446(a) and 1441(a), this Notice of Removal is being filed in the United States District Court for the District of Columbia, which is the federal court embracing the state court where the State Court Action was filed.

3. Defendant Experian was served on December 23, 2023.

4. Defendant Experian is the only named defendant in the case; therefore, no other party to this action needs to consent to this Notice of Removal.

5. Removal is timely pursuant to 28 U.S.C. § 1446(b), as thirty (30) days have not elapsed since Experian's receipt of the Summons or initial pleadings setting forth Plaintiff's claim for relief against Experian.

6. This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11. *See* 28 U.S.C. § 1446(a).

7. Contemporaneously filed herewith are copies of all "process, pleadings, and orders" received by Defendant Experian in the State Court Action, which are attached hereto as set forth below.

   a. Plaintiff's Complaint is attached hereto as ***Exhibit A***.

   b. Summons to Experian is attached hereto as ***Exhibit B***.

   c. The Superior Court of the District of Columbia's Initial Order and Addendum attached hereto as ***Exhibit C***.

   d. A copy of the Notice of Filing of Removal that Experian will file in the Superior Court of the District of Columbia and will promptly serve upon Plaintiff is attached hereto as ***Exhibit D***.

8. This Court has "original jurisdiction of all civil action arising under the Constitution, law, or treaties of the United States." 28 U.S.C. § 1331. Pursuant to 28 U.S.C. § 1441

(a), "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such removal is pending." 28 U.S.C. § 1441(a). Additionally, pursuant to 28 U.S.C. § 1441(b), "[a]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitutions, treaties, or laws of the United States shall be removed without regard to the citizenship of the parties." 28 U.S.C. § 1441(b).

9. Defendant Experian is entitled to remove this action to this Court pursuant to 28 U.S.C. § 1441. Plaintiff's assertion of claims arising under the FCRA renders this suit one over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

**Wherefore**, having satisfied all the requirements for removal under 28 U.S.C. §§ 1441 and 1446, including the presence of all jurisdiction requirements established by 28 U.S.C. § 1331, Defendant Experian respectfully removes the State Court Action from the Superior Court for the District of Columbia to this United States District Court for the District of Columbia.

Dated: January 11, 2024                    Respectfully Submitted,

**SHULMAN ROGERS, P.A.**

/s/ Joy C. Einstein
Joy C. Einstein, Bar No. 995251
Drew T. Ricci, Bar No. 1619155
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854-6803
Telephone: (301) 945-9250
Telephone: (301) 945-9270
Facsimile: (301) 230-2891
jeinstein@shulmanrogers.com
dricci@shulmanrogers.com

*Counsel for Defendant Experian Consumer Services*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2024, I served a copy of the foregoing on all parties of record via U.S. Mail postage prepaid on the following:

Riyan Williams
3901 17th Street NE
Washington, DC 20018
*Pro Se Plaintiff*

                                                  /s/ Joy C. Einstein
                                                  Joy C. Einstein